IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA  73102

Date:  July 6, 2006

| | | |
|---|---|---|
| AUTOZONE, INC., a Nevada corporation, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | Case No. CIV-05-157-F |
| CATALOG.COM, INC., an Oklahoma corporation, | ) ) ) ) | |
| Defendant. | ) | |

ENTER ORDER:

The docket call previously set for 10:30 a.m. on August 4, 2006, is hereby reset for **2:30 p.m.** on August 4, 2006.

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                       Robert D. Dennis, Clerk

                                       By:_____s/ LORI GRAY_____
                                                    Deputy Clerk

cc:  all parties

05-0157p014.wpd